## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CLOVER TECHNOLOGIES GROUP, LLC, *et al.*,[1] | ) | Case No. 19-12680 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF ANGELA TSAI ON BEHALF OF STRETTO REGARDING SOLICITATION OF VOTES AND TABULATION OF BALLOTS ACCEPTING AND REJECTING PROPOSED JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION

I, Angela Tsai, declare, under penalty of perjury:

1.        I am a Director of Corporate Restructuring at Stretto[2] ("Stretto"), located at 7 Times Square, Suite 1601, New York, NY 10036.  I am over the age of eighteen years and not a party to the above-captioned action.  Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2.        I submit this declaration with respect to the solicitation of votes and the tabulation of ballots cast on the Debtor's *Proposed Joint Prepackaged Chapter 11 Plan of Reorganization*, filed contemporaneously herewith (as may be amended, supplemented, or modified from time to time, the "Plan").[3]  Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Clover Technologies Group, LLC (9236); 4L Holdings Corporation (0292); 4L Technologies Inc. (5035); Clover Ithaca Properties, LLC (9236); Refurb Holdings, LLC (1230); Clover Wireless, LLC (0313); and Valu Tech Outsourcing, LLC (3563).  The location of the Debtors' service address in these chapter 11 cases is: 5850 Granite Parkway, Suite 720, Plano, Texas 75024.

[2]    Stretto is the trade name of Bankruptcy Management Solutions, Inc., and its subsidiaries.

[3]    Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Disclosure Statement or Plan (as defined below), as applicable.

the relevant documents.  I am authorized to submit this declaration on behalf of Stretto. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3.      Prior to the commencement of these chapter 11 cases, the Debtors retained Stretto as their solicitation and voting tabulation agent to assist with, among other things, (a) service of solicitation materials to the parties entitled to vote to accept or reject the Plan and (b) tabulation of votes cast with respect thereto.  Stretto and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed prepackaged chapter 11 plans.

4.      After the Petition Date, on December 16, 2019, this Court authorized Stretto's retention as the claims and noticing agent in these chapter 11 cases pursuant to the *Order Authorizing Appointment of Stretto as Claims and Noticing Agent Effective Nunc Pro Tunc to the Petition Date* [Docket No. 72].  In addition, on December 30, 2019, the Debtors filed an *Application for Appointment of Stretto as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 83] (the "327(a) Application").  On January 16, 2020, a certificate of no objection regarding the 327(a) Application was filed [Docket No. 110].

**I.      Service and Transmittal of Solicitation Packages.**

5.      The procedures adhered to by Stretto for the solicitation and tabulation of votes are outlined in the *Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Clover Technologies Group, LLC and Its Debtors Affiliates* [Docket No. 5] (the "Disclosure Statement"), and in the ballots distributed to parties entitled to vote on the Plan (collectively, the "Solicitation Procedures").  I supervised the solicitation and tabulation performed by Stretto's employees.

6.      The Debtors established December 13, 2019 as the record date (the "Voting Record Date") for determining which creditors were entitled to vote on the Plan.  Pursuant to the Plan and

the Solicitation Procedures, only Holders of Claims (i) of Term Loan Secured Claims and Existing Equity Interests and (ii) who held their claims in the following classes as of the Voting Record Date were entitled to vote to accept or reject the Plan (the "Voting Classes"):

| Classes | Class Description |
|---------|-------------------|
| Class 3 | Term Loan Secured Claims |
| Class 7 | Existing Equity Interests |

No other classes under the Plan were entitled to vote on the Plan.

7.      In accordance with the Solicitation Procedures, Stretto worked closely with the Debtors and their advisors to identify the holders entitled to vote in the Voting Classes as of the Voting Record Date, and to coordinate the distribution of solicitation materials to these holders. Stretto relied on the following information to identify and solicit Holders of Claims in the Voting Classes:  (a) a lender list for holder of Term Loan Secured Claims; and (b) an equity list for holders of Existing Equity Interests as of the Voting Record Date.   Using this information, and with guidance from the Debtors and their advisors, Stretto created a voting database reflecting the name, address, voting amount, and classification of Claims in the Voting Classes

8.      A detailed description of Stretto's distribution of solicitation materials is set forth in Stretto's *Affidavit of Service of Solicitation Materials* [Docket No. 87].  Subsequent solicitation materials were periodically served on account of (a) forwarding instructions included on returned packages as undeliverable, and (b) forwarding by electronic mail for packages with no forwarding addresses.   A detailed description of these supplemental services is set forth in *Supplemental Affidavit of Service of Solicitation Materials* [Docket Nos. 88, 91].

9.      On December 13, 2019, links were posted on the Debtor's restructuring website maintained by Stretto at http://www.stretto.com/clover providing parties with access to, among other documents, copies of the Plan, and Disclosure Statement.

## II.    General Tabulation Process

10.     Further, in accordance with the Solicitation Procedures and Disclosure Statement, Stretto reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Plan. Ballots returned by U.S. first class mail, overnight delivery, personal delivery by hand, or via Stretto's online voting portal were received by personnel of Stretto at its office in Denver, CO. Ballots received by Stretto were processed in accordance with the Disclosure Statement and Solicitation Procedures. Upon receiving ballots, Stretto took the following actions:

a.  The envelopes containing the ballots were opened, and the contents were reviewed, removed or printed (as applicable), and stamped with the date and time received. Each ballot was then scanned into Stretto's system and sequentially numbered (the "Ballot Number").

b.  With respect to ballots submitted through the online voting portal:

i.  Encrypted ballot data, date-stamp, and audit trail were created upon submittal and;

ii.  Electronic images of ballots were created using the submitted ballot data.

c.  Stretto then entered into a computer database all pertinent information from each of the ballots, including among other things, the date and time the ballot was received, the Ballot Number, the voting dollar amount or number of shares of equity interest, whether the creditor submitting the ballot voted to accept or reject Plan, and signatory's name and contact information.

11.     To be included in the tabulation results as valid, a ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant holder entitled to vote on the Plan (or such holder's authorized representative), (c) returned to Stretto via an approved method of delivery set forth in the Solicitation Procedures and (d) received by Stretto by 11:59

p.m. (prevailing Eastern Time) on January 15, 2020 (the "<u>Voting Deadline</u>") unless extended or waived by the Debtor.  All ballots were to be delivered to Stretto as follows:  (a) if by U.S. Postal Service mail, overnight or personal delivery, Clover Technologies Group, LLC Ballot Processing, c/o Stretto, 8269 E. 23rd Ave, Ste. 275, Denver, CO 80238; (b) if via Stretto's online voting portal, go to https://cases.stretto.com/clover and click on the "Submit E-Ballot" section of the website.

12.    All valid ballots cast by holders entitled to vote in the Voting Classes and received by Stretto on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures.

13.    Stretto is in possession of the ballots received by it, and copies of the same are available for review during Stretto's normal business hours.

**III.    The Voting Results**

14.    The results of the aforementioned tabulation of properly executed ballots received by Stretto on or before the Voting Deadline are set forth below and in the report annexed hereto as **<u>Exhibit A</u>** (the "<u>Final Tabulation Results</u>").

| CLASS | TOTAL BALLOTS RECEIVED | | | |
|---|---|---|---|---|
| | Accept | | Reject | |
| | AMOUNT (% of Amount/Shares Voted) | NUMBER (% of Number voted) | AMOUNT (% of Amount/Shares Voted) | NUMBER (% of Number Voted) |
| Class 3 – Term Loan Secured Claims | $597,851,048.28 (100.00%) | 173 (100.00%) | $00.00 (00.00%) | 0 (00.00%) |
| Class 7 – Existing Equity Interests | 1,362,347 (100.00%) | 11 (100.00%) | $00.00 (00.00%) | 0 (00.00%) |

15.    At the direction of Debtors' counsel, the following voting parties cast their votes by their fund manager, Voya Investment Management Co. LLC, who submitted only one ballot

with an exhibit attached to the said ballot listing the voting parties.  Ballot Numbers 93 and 128-148 were assigned to the Holders of Claims on the ballot.

16.    A complete list of all ballots received by Stretto but excluded from the final tabulation, and the reasons for exclusion of such ballots, is attached hereto as **Exhibit B**.


Dated:    January 17, 2020                                /s/Angela Tsai
          New York, New York                              Angela Tsai
                                                          Director, Corporate Restructuring
                                                          Stretto

**Exhibit A**

| CLASS | ENTITY NAME | BALLOT NO. | ACCEPT OR REJECT? | VOTING AMOUNT | DATE RECEIVED |
|---|---|---|---|---|---|
| Class 3 | AMERICAN BEACON SOUND POINT FLOATING RATE FUND A SERIES OF AMERICAN BEACON FUNDS US0M00TVG6 | 1 | ACCEPT THE PLAN | $9,555,376.38 | 12/23/2019 |
| Class 3 | SOUND POINT CREDIT OPPORTUNITIES MASTER FUND LP KY1L190737 | 2 | ACCEPT THE PLAN | $5,465,172.74 | 12/23/2019 |
| Class 3 | KAISER FOUNDATION HOSPITALS US0M00NHZ8 | 3 | ACCEPT THE PLAN | $1,167,919.40 | 12/23/2019 |
| Class 3 | SOUND POINT SENIOR FLOATING RATE MASTER FUND LP KY1L295254 | 4 | ACCEPT THE PLAN | $6,459,028.31 | 12/23/2019 |
| Class 3 | KAISER PERMANENTE GROUP TRUST US0M00NJ04 | 5 | ACCEPT THE PLAN | $445,187.08 | 12/23/2019 |
| Class 3 | SOUND POINT MONTAUK FUND LP KY0M002G42 | 6 | ACCEPT THE PLAN | $197,219.56 | 12/23/2019 |
| Class 3 | NEUBERGER BERMAN ALTERNATIVE FUNDS NB ABSOLUTE RETURN MULTI MANAGER FUND US1L491656 | 7 | ACCEPT THE PLAN | $256,984.74 | 12/23/2019 |
| Class 3 | PURE INSURANCE COMPANY US0M00NH14 | 8 | ACCEPT THE PLAN | $35,736.57 | 12/23/2019 |
| Class 3 | PRINCIPAL FUNDS INC GLOBAL MULTI STRATEGY FUND US0M00WPW9 | 9 | ACCEPT THE PLAN | $1,647,979.86 | 12/23/2019 |
| Class 3 | PRIVILEDGE UNDERWRITERS RECIPROCAL EXCHANGE US0M00P1L7 | 10 | ACCEPT THE PLAN | $80,984.85 | 12/23/2019 |
| Class 3 | TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY US0M00BFZ7 | 11 | ACCEPT THE PLAN | $117,245.01 | 12/23/2019 |
| Class 3 | SOUND POINT CLO II LTD KY1L554494 | 12 | ACCEPT THE PLAN | $4,164,241.88 | 12/23/2019 |
| Class 3 | SOUND POINT CLO III R LTD KY0M004PQ5 | 13 | ACCEPT THE PLAN | $4,225,691.82 | 12/23/2019 |
| Class 3 | SOUND POINT CLO IV R LTD KY0M004PT9 | 14 | ACCEPT THE PLAN | $4,495,416.00 | 12/23/2019 |
| Class 3 | SOUND POINT CLO IX LTD KY0M002SN0 | 15 | ACCEPT THE PLAN | $3,917,061.91 | 12/23/2019 |
| Class 3 | SOUND POINT CLO VIII R LTD KY0M005JH4 | 16 | ACCEPT THE PLAN | $4,862,603.94 | 12/23/2019 |
| Class 3 | SOUND POINT CLO VII R LTD KY0M0057V5 | 17 | ACCEPT THE PLAN | $3,390,005.26 | 12/23/2019 |
| Class 3 | SOUND POINT CLO VI R LTD KY0M004ZR2 | 18 | ACCEPT THE PLAN | $4,780,363.21 | 12/23/2019 |
| Class 3 | SOUND POINT CLO V R LTD KY0M004Q06 | 19 | ACCEPT THE PLAN | $4,730,896.73 | 12/23/2019 |
| Class 3 | SOUND POINT CLO XII LTD KY0M003GP8 | 20 | ACCEPT THE PLAN | $867,812.65 | 12/23/2019 |
| Class 3 | SOUND POINT CLO XV LTD KY0M003S13 | 21 | ACCEPT THE PLAN | $4,016,285.88 | 12/23/2019 |
| Class 3 | SOUND POINT CLO XVI LTD KY0M003Z22 | 22 | ACCEPT THE PLAN | $4,475,204.76 | 12/23/2019 |
| Class 3 | MIDOCEAN CREDIT OPPORTUNITY MASTER FUND LP KY1L159328 | 23 | ACCEPT THE PLAN | $18,596,032.78 | 1/3/2020 |
| Class 3 | MIDOCEAN CREDIT CLO IX KY0M004P80 | 24 | ACCEPT THE PLAN | $1,698,024.64 | 1/3/2020 |
| Class 3 | MIDOCEAN CREDIT CLO IV KY0M002HL7 | 25 | ACCEPT THE PLAN | $2,454,661.59 | 1/3/2020 |
| Class 3 | MIDOCEAN CREDIT FOCUS FUND I LP US1L218885 | 26 | ACCEPT THE PLAN | $2,298,424.85 | 1/3/2020 |
| Class 3 | ABBOTT ABBVIE MULTIPLE EMPLOYER PENSION PLAN TRUST US0M012F39 | 27 | ACCEPT THE PLAN | $739,595.74 | 1/3/2020 |
| Class 3 | MIDOCEAN CREDIT CLO VII KY0M0040L2 | 28 | ACCEPT THE PLAN | $1,984,367.49 | 1/3/2020 |
| Class 3 | MIDOCEAN CREDIT CLO I KY1L553652 | 29 | ACCEPT THE PLAN | $1,772,301.32 | 1/3/2020 |
| Class 3 | MIDOCEAN CREDIT CLO II KY0M001934 | 30 | ACCEPT THE PLAN | $1,890,728.64 | 1/3/2020 |
| Class 3 | NPB MANAGER FUND SPC SEGREGATED PORTFOLIO 105 KY0M003ZB8 | 31 | ACCEPT THE PLAN | $1,547,475.99 | 1/3/2020 |
| Class 3 | NPB MANAGER FUND SPC SEGREGATED PORTFOLIO 104 KY0M003ZC6 | 32 | ACCEPT THE PLAN | $2,804,873.01 | 1/3/2020 |
| Class 3 | MIDOCEAN CREDIT OPPORTUNITY IDF I LP US0M0107D2 | 33 | ACCEPT THE PLAN | $3,794,712.21 | 1/3/2020 |
| Class 3 | MIDOCEAN SELECT FLOATING RATE FUND LP US0M016222 | 34 | ACCEPT THE PLAN | $201,335.77 | 1/3/2020 |
| Class 3 | ABBOTT LABORATORIES ANNUITY RETIREMENT TRUST US0M012F47 | 35 | ACCEPT THE PLAN | $739,595.79 | 1/3/2020 |
| Class 3 | MULTI CREDIT CAPITAL HOLDINGS 2 LTD GG0M0003C7 | 36 | ACCEPT THE PLAN | $544,635.71 | 1/3/2020 |
| Class 3 | VC4 DEBT INVERTMENTS US LLC US0M00D2L9 | 37 | ACCEPT THE PLAN | $8,739,348.17 | 1/6/2020 |
| Class 3 | VC5 DEBT INVESTMENTS CAYMAN LTD KY0M0052K9 | 38 | ACCEPT THE PLAN | $10,202,301.92 | 1/6/2020 |
| Class 3 | ARCH STREET CLO LTD KY0M003CG6 | 39 | ACCEPT THE PLAN | $1,849,902.79 | 1/6/2020 |
| Class 3 | VECTOR TRADING CAYMAN LTD KY1L336504 | 40 | ACCEPT THE PLAN | $90,529,653.23 | 1/6/2020 |
| Class 3 | STANIFORD STREET CLO LTD KY0M0024F8 | 41 | ACCEPT THE PLAN | $2,542,503.95 | 1/6/2020 |
| Class 3 | HULL STREET CLO LTD KY0M0026K3 | 42 | ACCEPT THE PLAN | $4,237,506.59 | 1/6/2020 |
| Class 3 | LONGFELLOW PLACE CLO LTD KY1L554536 | 43 | ACCEPT THE PLAN | $1,017,001.59 | 1/6/2020 |
| Class 3 | OCEAN TRAILS CLO IV KY0M000J58 | 44 | ACCEPT THE PLAN | $1,592,984.80 | 1/7/2020 |
| Class 3 | OCEAN TRAILS CLO V KY0M0026M9 | 45 | ACCEPT THE PLAN | $2,542,503.95 | 1/7/2020 |
| Class 3 | OCEAN TRAILS CLO VI KY0M002T39 | 46 | ACCEPT THE PLAN | $1,790,081.88 | 1/7/2020 |
| Class 3 | THL CREDIT WIND RIVER 2013 2 CLO LTD KY0M000VC1 | 47 | ACCEPT THE PLAN | $998,805.66 | 1/13/2020 |
| Class 3 | KVK CLO 2018 1 LTD KY0M0051V8 | 48 | ACCEPT THE PLAN | $2,747,275.94 | 1/13/2020 |

| CLASS | ENTITY NAME | BALLOT NO. | ACCEPT OR REJECT? | VOTING AMOUNT | DATE RECEIVED |
|---|---|---|---|---|---|
| Class 3 | THL CREDIT BANK LOAN SELECT SERIES TRUST I KY1L221086 | 49 | ACCEPT THE PLAN | $758,292.27 | 1/13/2020 |
| Class 3 | STICHTING BLUE SKY ACTIVE FIXED INCOME US LEVERAGED LOAN FUND NL0M000KB7 | 50 | ACCEPT THE PLAN | $758,292.27 | 1/13/2020 |
| Class 3 | THL CREDIT WIND RIVER 2018 3 CLO LTD KY0M004N58 | 51 | ACCEPT THE PLAN | $461,746.54 | 1/13/2020 |
| Class 3 | THL CREDIT WIND RIVER 2014 2 CLO LTD KY0M0028V6 | 52 | ACCEPT THE PLAN | $174,249.23 | 1/13/2020 |
| Class 3 | THL CREDIT WIND RIVER 2019 3 CLO LTD KY0M0058J8 | 53 | ACCEPT THE PLAN | $1,841,844.32 | 1/13/2020 |
| Class 3 | THL CREDIT WIND RIVER 2012 1 CLO LTD KY1L549668 | 54 | ACCEPT THE PLAN | $981,668.02 | 1/13/2020 |
| Class 3 | THL CREDIT SENIOR LOAN FUND US0M00BKF9 | 55 | ACCEPT THE PLAN | $687,362.62 | 1/13/2020 |
| Class 3 | THL CREDIT WR 2014 3K CLO LTD KY0M0057Q5 | 56 | ACCEPT THE PLAN | $575,442.86 | 1/13/2020 |
| Class 3 | THL CREDIT WIND RIVER 2014 1 CLO LTD KY0M0024D3 | 57 | ACCEPT THE PLAN | $2,396,555.07 | 1/13/2020 |
| Class 3 | STICHTING PENSIOENFONDS HOOGOVENS NL0M000S91 | 58 | ACCEPT THE PLAN | $216,654.93 | 1/13/2020 |
| Class 3 | THL CREDIT WIND RIVER 2013 1 CLO LTD KY0M000H43 | 59 | ACCEPT THE PLAN | $994,228.63 | 1/13/2020 |
| Class 3 | VENTURE 35 CLO LTD KY0M0056H6 | 60 | ACCEPT THE PLAN | $861,015.12 | 1/14/2020 |
| Class 3 | VENTURE 36 CLO LTD KY0M0057K8 | 61 | ACCEPT THE PLAN | $1,391,222.98 | 1/14/2020 |
| Class 3 | VENTURE 32 CLO LTD KY0M004PC5 | 62 | ACCEPT THE PLAN | $463,740.98 | 1/14/2020 |
| Class 3 | VENTURE XXIX CLO LTD KY0M0048Z5 | 63 | ACCEPT THE PLAN | $1,700,608.93 | 1/14/2020 |
| Class 3 | VENTURE XXVIII CLO LTD KY0M0046D6 | 64 | ACCEPT THE PLAN | $2,307,657.81 | 1/14/2020 |
| Class 3 | VENTURE XXVII CLO LTD KY0M003V83 | 65 | ACCEPT THE PLAN | $1,539,655.80 | 1/14/2020 |
| Class 3 | VENTURE XXVI CLO LTD KY0M003W58 | 66 | ACCEPT THE PLAN | $1,853,585.73 | 1/14/2020 |
| Class 3 | VENTURE XXV CLO LTD KY0M003TM8 | 67 | ACCEPT THE PLAN | $1,698,466.61 | 1/14/2020 |
| Class 3 | VENTURE XXIII CLO LTD KY0M003385 | 68 | ACCEPT THE PLAN | $231,237.83 | 1/14/2020 |
| Class 3 | VENTURE XXII CLO LIMITED KY0M0038C5 | 69 | ACCEPT THE PLAN | $475,385.75 | 1/14/2020 |
| Class 3 | VENTURE XXI CLO LIMITED KY0M002SW1 | 70 | ACCEPT THE PLAN | $3,017,756.04 | 1/14/2020 |
| Class 3 | VENTURE XX CLO LIMITED KY0M002P90 | 71 | ACCEPT THE PLAN | $723,487.65 | 1/14/2020 |
| Class 3 | VENTURE XIX CLO LIMITED KY0M002JV2 | 72 | ACCEPT THE PLAN | $2,065,995.44 | 1/14/2020 |
| Class 3 | VENTURE XVIII CLO LIMITED KY0M0028Q6 | 73 | ACCEPT THE PLAN | $2,100,980.72 | 1/14/2020 |
| Class 3 | VENTURE XVII CLO LIMITED KY0M002072 | 74 | ACCEPT THE PLAN | $2,533,986.42 | 1/14/2020 |
| Class 3 | VENTURE XVI CLO LIMITED KY0M000ZD0 | 75 | ACCEPT THE PLAN | $1,983,042.18 | 1/14/2020 |
| Class 3 | VENTURE XV CLO LIMITED KY0M000XK0 | 76 | ACCEPT THE PLAN | $847,501.31 | 1/14/2020 |
| Class 3 | VENTURE XIV CLO LIMITED KY0M000KV4 | 78 | ACCEPT THE PLAN | $1,423,247.74 | 1/14/2020 |
| Class 3 | VENTURE XIII CLO LIMITED KY0M000F86 | 79 | ACCEPT THE PLAN | $1,541,214.85 | 1/14/2020 |
| Class 3 | VENTURE XII CLO LIMITED KY1L551516 | 80 | ACCEPT THE PLAN | $2,157,478.34 | 1/14/2020 |
| Class 3 | VENTURE VII CDO LIMITED KY1L000993 | 81 | ACCEPT THE PLAN | $3,256,150.22 | 1/14/2020 |
| Class 3 | Z CAPITAL CREDIT TACTICAL FUND LP US0M00Z1P6 | 82 | ACCEPT THE PLAN | $1,904,594.28 | 1/14/2020 |
| Class 3 | Z CAPITAL CREDIT PARTNERS CLO 2015 1 LTD KY0M002XK6 | 83 | ACCEPT THE PLAN | $4,821,101.47 | 1/14/2020 |
| Class 3 | Z CAPITAL CREDIT PARTNERS CLO 2018 1 LTD KY0M0059B3 | 84 | ACCEPT THE PLAN | $6,984,796.04 | 1/14/2020 |
| Class 3 | Z CAPITAL CREDIT PARTNERS CLO 2019 1 LTD KY0M005S29 | 85 | ACCEPT THE PLAN | $3,762,445.69 | 1/14/2020 |
| Class 3 | ASSOCIATED BRITISH FOODS PENSION SCHEME GB1L247186 | 86 | ACCEPT THE PLAN | $697,941.18 | 1/14/2020 |
| Class 3 | BEACH POINT IPA OC LP US0M0153B0 | 87 | ACCEPT THE PLAN | $119,647.06 | 1/14/2020 |
| Class 3 | BEACH POINT TOTAL RETURN MASTER FUND LP KY1L051392 | 88 | ACCEPT THE PLAN | $2,577,397.07 | 1/14/2020 |
| Class 3 | HBOS FINAL SALARY PENSION SCHEME GB0M002T73 | 89 | ACCEPT THE PLAN | $663,044.12 | 1/14/2020 |
| Class 3 | LLOYDS BANK PENSION SCHEME NO 1 GB0M001HD2 | 90 | ACCEPT THE PLAN | $902,338.24 | 1/14/2020 |
| Class 3 | BEACH POINT STRATEGIC MASTER FUND LP KY1L051376 | 91 | ACCEPT THE PLAN | $269,205.88 | 1/14/2020 |
| Class 3 | LLOYDS BANK PENSION SCHEME NO 2 GB0M001HF7 | 92 | ACCEPT THE PLAN | $393,838.24 | 1/14/2020 |
| Class 3 | VOYA CLO 2017 1 LTD KY0M003X81 | 93 | ACCEPT THE PLAN | $1,241,252.42 | 1/14/2020 |
| Class 3 | MERCER QIF FUND PLC MERCER INVESTMENT FUND 1 IE0M000ZV8 | 94 | ACCEPT THE PLAN | $598,235.30 | 1/14/2020 |
| Class 3 | BEACH POINT MULTI ASSET CREDIT FUND LTD KY0M0020H2 | 95 | ACCEPT THE PLAN | $1,415,823.54 | 1/14/2020 |
| Class 3 | BEACH POINT MULTI STRATEGY CREDIT MASTER FUND LP KY0M000S08 | 96 | ACCEPT THE PLAN | $373,897.06 | 1/14/2020 |
| Class 3 | BEACH POINT ORANGE SCF LP US0M00S8Z9 | 97 | ACCEPT THE PLAN | $259,235.30 | 1/14/2020 |
| Class 3 | PACIFIC COAST INVESTMENT FUND LLC US0M00KCL5 | 98 | ACCEPT THE PLAN | $314,073.53 | 1/14/2020 |
| Class 3 | ROYAL MAIL PENSION PLAN GB1L012903 | 99 | ACCEPT THE PLAN | $556,768.89 | 1/14/2020 |
| Class 3 | BEACH POINT SCF 0166 LP US0M00V8R1 | 100 | ACCEPT THE PLAN | $339,000.00 | 1/14/2020 |

| CLASS | ENTITY NAME | BALLOT NO. | ACCEPT OR REJECT? | VOTING AMOUNT | DATE RECEIVED |
|---|---|---|---|---|---|
| Class 3 | BEACH POINT SCF I LP US1L320046 | 101 | ACCEPT THE PLAN | $837,529.42 | 1/14/2020 |
| Class 3 | BEACH POINT SCF IV LLC US0M00BD95 | 102 | ACCEPT THE PLAN | $403,808.83 | 1/14/2020 |
| Class 3 | BEACH POINT SCF MULTI PORT LP US0M007TC1 | 103 | ACCEPT THE PLAN | $1,201,455.89 | 1/14/2020 |
| Class 3 | BEACH POINT SCF X LP KY9M003K11 | 104 | ACCEPT THE PLAN | $299,117.65 | 1/14/2020 |
| Class 3 | BEACH POINT SCF XI LP US0M013LB8 | 105 | ACCEPT THE PLAN | $518,470.59 | 1/14/2020 |
| Class 3 | BNPP IP CLO 2014 1 LTD KY9M001PK4 | 106 | ACCEPT THE PLAN | $3,243,547.62 | 1/14/2020 |
| Class 3 | BM CLO 2014 1 LTD KY9M0024K8 | 107 | ACCEPT THE PLAN | $4,507,033.25 | 1/14/2020 |
| Class 3 | BNPP IP CLO 2014 II LLC KY9M003GG7 | 108 | ACCEPT THE PLAN | $3,337,714.31 | 1/14/2020 |
| Class 3 | APRES STATIC CLO 1 LTD KY9M0058G4 | 109 | ACCEPT THE PLAN | $1,388,692.39 | 1/14/2020 |
| Class 3 | ELEVATION CLO 2013 1 LTD KY1L561630 | 110 | ACCEPT THE PLAN | $2,529,674.85 | 1/14/2020 |
| Class 3 | ELEVATION CLO 2014 2 LTD KY9M001VZ0 | 111 | ACCEPT THE PLAN | $3,598,202.67 | 1/14/2020 |
| Class 3 | ELEVATION CLO 2014 3 LTD KY9M002F19 | 112 | ACCEPT THE PLAN | $3,694,479.29 | 1/14/2020 |
| Class 3 | ELEVATION CLO 2015 4 LTD KY9M002ND2 | 113 | ACCEPT THE PLAN | $3,695,200.69 | 1/14/2020 |
| Class 3 | ELEVATION CLO 2016 5 LTD KY9M0031H9 | 114 | ACCEPT THE PLAN | $2,400,605.89 | 1/14/2020 |
| Class 3 | ELEVATION CLO 2017 6 LTD KY9M004052 | 115 | ACCEPT THE PLAN | $2,465,463.84 | 1/14/2020 |
| Class 3 | ELEVATION CLO 2017 7 LTD KY9M0049B4 | 116 | ACCEPT THE PLAN | $2,623,757.44 | 1/14/2020 |
| Class 3 | ELEVATION CLO 2017 8 LTD KY9M004GD2 | 117 | ACCEPT THE PLAN | $2,346,368.97 | 1/14/2020 |
| Class 3 | ELEVATION CLO 2018 10 LTD WAREHOUSE KY9M004SD7 | 118 | ACCEPT THE PLAN | $3,018,779.28 | 1/14/2020 |
| Class 3 | ELEVATION CLO 2018 9 LTD KY9M004KV6 | 119 | ACCEPT THE PLAN | $2,402,482.76 | 1/14/2020 |
| Class 3 | PEAKS CLO 1 LTD KY9M0028T0 | 120 | ACCEPT THE PLAN | $1,775,787.07 | 1/14/2020 |
| Class 3 | PEAKS CLO 2 LTD KY9M0041R7 | 121 | ACCEPT THE PLAN | $1,490,095.51 | 1/14/2020 |
| Class 3 | PEAKS CLO 3 LTD KY9M0058V3 | 122 | ACCEPT THE PLAN | $1,728,367.39 | 1/14/2020 |
| Class 3 | HARBOURVIEW CLO VII R LTD KY9M005Q88 | 123 | ACCEPT THE PLAN | $3,390,005.26 | 1/14/2020 |
| Class 3 | INVESCO OPPENHEIMER FUNDAMENTAL ALTERNATIVES FUND US0M016V27 | 124 | ACCEPT THE PLAN | $529,319.85 | 1/14/2020 |
| Class 3 | INVESCO OPPENHEIMER MASTER LOAN FUND US0M016TX8 | 125 | ACCEPT THE PLAN | $4,573,191.25 | 1/14/2020 |
| Class 3 | INVESCO OPPENHEIMER SENIOR FLOATING RATE FUND US0M016TZ3 | 126 | ACCEPT THE PLAN | $81,859,280.19 | 1/14/2020 |
| Class 3 | INVESCO OPPENHEIMER SENIOR FLOATING RATE PLUS FUND US0M016V01 | 127 | ACCEPT THE PLAN | $625,528.87 | 1/14/2020 |
| Class 3 | NN L FLEX SENIOR LOANS SLCT LU0M001237 | 128 | ACCEPT THE PLAN | $159,179.65 | 1/14/2020 |
| Class 3 | NN L FLEX SENIOR LOANS LU1L021177 | 129 | ACCEPT THE PLAN | $6,385,062.57 | 1/14/2020 |
| Class 3 | VOYA CLO 2014 1 LTD KY9M001BT5 | 130 | ACCEPT THE PLAN | $1,248,419.35 | 1/14/2020 |
| Class 3 | VOYA CLO 2014 2 LTD KY9M0024M4 | 131 | ACCEPT THE PLAN | $1,610,374.06 | 1/14/2020 |
| Class 3 | VOYA CLO 2014 4 LTD KY9M002DC5 | 132 | ACCEPT THE PLAN | $2,021,383.07 | 1/14/2020 |
| Class 3 | VOYA CLO 2014 3 LTD KY9M002866 | 133 | ACCEPT THE PLAN | $1,619,642.45 | 1/14/2020 |
| Class 3 | VOYA CLO 2013 1 LTD KY9M000DH8 | 134 | ACCEPT THE PLAN | $1,885,690.43 | 1/14/2020 |
| Class 3 | VOYA CLO 2013 2 LTD KY9M000GZ3 | 135 | ACCEPT THE PLAN | $1,440,752.24 | 1/14/2020 |
| Class 3 | VOYA CLO 2013 3 LTD KY9M000Z17 | 136 | ACCEPT THE PLAN | $1,537,041.16 | 1/14/2020 |
| Class 3 | VOYA CLO 2012 4 LTD KY1L547902 | 137 | ACCEPT THE PLAN | $1,342,351.57 | 1/14/2020 |
| Class 3 | VOYA CLO 2019 1 LTD KY9M005G72 | 138 | ACCEPT THE PLAN | $927,482.00 | 1/14/2020 |
| Class 3 | VOYA CLO 2015 1 LTD KY9M002NX0 | 139 | ACCEPT THE PLAN | $2,027,816.82 | 1/14/2020 |
| Class 3 | VOYA CLO 2015 2 LTD KY9M0030R0 | 140 | ACCEPT THE PLAN | $1,651,496.44 | 1/14/2020 |
| Class 3 | VOYA CLO 2015 3 LTD KY9M003484 | 141 | ACCEPT THE PLAN | $2,030,008.66 | 1/14/2020 |
| Class 3 | VOYA CLO 2016 1 LTD KY9M002Z98 | 142 | ACCEPT THE PLAN | $1,134,959.52 | 1/14/2020 |
| Class 3 | VOYA CLO 2016 2 LTD KY9M003K86 | 143 | ACCEPT THE PLAN | $1,222,243.82 | 1/14/2020 |
| Class 3 | VOYA CLO 2016 3 LTD KY9M003LD4 | 144 | ACCEPT THE PLAN | $1,665,705.40 | 1/14/2020 |
| Class 3 | VOYA CLO 2016 4 LTD KY9M003QR3 | 145 | ACCEPT THE PLAN | $2,108,069.21 | 1/14/2020 |
| Class 3 | VOYA CLO 2017 2 LTD KY9M003TJ4 | 146 | ACCEPT THE PLAN | $1,243,409.27 | 1/14/2020 |
| Class 3 | VOYA CLO 2017 3 LTD KY9M0044X9 | 147 | ACCEPT THE PLAN | $1,243,409.27 | 1/14/2020 |
| Class 3 | VOYA CLO 2017 4 LTD KY9M004607 | 148 | ACCEPT THE PLAN | $1,243,409.27 | 1/14/2020 |
| Class 3 | BNP PARIBAS GLOBAL SENIOR CORPORATE LOANS FR1L555339 | 149 | ACCEPT THE PLAN | $3,974,154.23 | 1/15/2020 |
| Class 3 | OFSI FUND VI LTD KY9M001NV6 | 150 | ACCEPT THE PLAN | $2,767,102.96 | 1/15/2020 |
| Class 3 | OFSI FUND VII LTD KY9M002FK3 | 151 | ACCEPT THE PLAN | $2,993,597.37 | 1/15/2020 |
| Class 3 | OFSI BSL IX LTD KY9M004DX7 | 152 | ACCEPT THE PLAN | $927,482.00 | 1/15/2020 |
| Class 3 | MARATHON CLO VII LTD KY9M002FM9 | 153 | ACCEPT THE PLAN | $3,535,292.62 | 1/15/2020 |
| Class 3 | MARATHON CLO XII LTD KY9M004M83 | 154 | ACCEPT THE PLAN | $1,919,086.29 | 1/15/2020 |
| Class 3 | AMERICAN CENTURY CAPITAL PORTFOLIOS INC AC ALTERNATIVES INCOME FUND US0M015SK9 | 155 | ACCEPT THE PLAN | $647,465.96 | 1/15/2020 |

| CLASS | ENTITY NAME | BALLOT NO. | ACCEPT OR REJECT? | VOTING AMOUNT | DATE RECEIVED |
|-------|-------------|------------|-------------------|---------------|---------------|
| Class 3 | INTERNATIONALE KAPITALALANLAGEGESELLSCHAFT MBH ACTING FOR SDF 2 DE0M000KR9 | 156 | ACCEPT THE PLAN | $3,709,927.98 | 1/15/2020 |
| Class 3 | MARATHON CLO X LTD KY0M0042Z8 | 157 | ACCEPT THE PLAN | $3,595,481.87 | 1/15/2020 |
| Class 3 | MARATHON CLO V LTD KY1L552316 | 158 | ACCEPT THE PLAN | $2,804,257.27 | 1/15/2020 |
| Class 3 | MARATHON CLO IX LTD KY0M003583 | 159 | ACCEPT THE PLAN | $3,925,253.80 | 1/15/2020 |
| Class 3 | MARATHON CLO XI LTD KY0M004NH9 | 160 | ACCEPT THE PLAN | $2,281,842.85 | 1/15/2020 |
| Class 3 | MAM CORPORATE LOAN FUND IE0M001DX9 | 161 | ACCEPT THE PLAN | $2,695,361.13 | 1/15/2020 |
| Class 3 | MARATHON CLO VIII LTD KY0M002P25 | 162 | ACCEPT THE PLAN | $2,680,434.77 | 1/15/2020 |
| Class 3 | MARATHON CLO VI LTD KY0M000PL4 | 163 | ACCEPT THE PLAN | $3,437,790.23 | 1/15/2020 |
| Class 3 | MARATHON CLO XIII LTD KY0M0051W6 | 164 | ACCEPT THE PLAN | $2,344,282.88 | 1/15/2020 |
| Class 3 | WOODBINE FUNDING UCL CA0M0027X2 | 165 | ACCEPT THE PLAN | $452,297.14 | 1/15/2020 |
| Class 3 | BOWERY FUNDING ULC CA0M000BW8 | 166 | ACCEPT THE PLAN | $567,500.52 | 1/15/2020 |
| Class 3 | DIAMETER MASTER FUND LP KY0M004B52 | 167 | ACCEPT THE PLAN | $18,117,334.11 | 1/15/2020 |
| Class 3 | ANTARES ACCETCO LP US0M00S9S2 | 169 | ACCEPT THE PLAN | $23,009,660.72 | 1/15/2020 |
| Class 3 | AVERY POINT V CLO LIMITED KY0M0029T8 | 170 | ACCEPT THE PLAN | $1,629,415.96 | 1/15/2020 |
| Class 3 | AVERY POINT IV CLO LIMITED KY0M001MT2 | 171 | ACCEPT THE PLAN | $2,887,166.10 | 1/15/2020 |
| Class 3 | BDCA CB FUNDING LLC US0M00M570 | 172 | ACCEPT THE PLAN | $12,222,591.34 | 1/15/2020 |
| Class 3 | BARCLAYS BANK PLC GB1L182938 | 173 | ACCEPT THE PLAN | $997,058.91 | 1/15/2020 |
| Class 3 | BANK OF AMERICA NA US1L223141 | 174 | ACCEPT THE PLAN | $2,690,613.26 | 1/15/2020 |
| Class 3 | OFSI FUND V LTD KY1L555012 | 175 | ACCEPT THE PLAN | $3,381,283.70 | 1/15/2020 |

| CLASS | ENTITY NAME | BALLOT NO. | ACCEPT OR REJECT? | VOTING SHARES | DATE RECEIVED |
|---|---|---|---|---|---|
| Class 7 | ANGELA IOCCO | 1 | ACCEPT THE PLAN | 2,584 | 1/7/2020 |
| Class 7 | STEVEN IOCCO | 2 | ACCEPT THE PLAN | 2,584 | 1/7/2020 |
| Class 7 | MARK HAYES | 3 | ACCEPT THE PLAN | 192 | 1/10/2020 |
| Class 7 | JAMES J. CERKLESKI | 4 | ACCEPT THE PLAN | 91,207 | 1/10/2020 |
| Class 7 | SEBASTIAN HERRERA | 5 | ACCEPT THE PLAN | 1,863 | 1/12/2020 |
| Class 7 | TOM DAY | 6 | ACCEPT THE PLAN | 101,426 | 1/13/2020 |
| Class 7 | JP CAPITAL | 7 | ACCEPT THE PLAN | 90,000 | 1/13/2020 |
| Class 7 | ROBERT SULLIVAN | 8 | ACCEPT THE PLAN | 1,634 | 1/14/2019 |
| Class 7 | GUARANG SHASTRI | 9 | ACCEPT THE PLAN | 350 | 1/14/2019 |
| Class 7 | CLOVER INVESTMENT HOLDINGS, LLC | 10 | ACCEPT THE PLAN | 1,065,305 | 1/14/2019 |
| Class 7 | JOE LUCOT | 11 | ACCEPT THE PLAN | 5,202 | 1/15/2020 |

**Exhibit B**

**Clover Technologies Group, LLC., et. al.**

**Exhibit B – Report of Ballots Excluded from Tabulation**

| Class | Class Description | Entity Name | Indicated Voting Amount | Accept/ Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 3 | Term Loan Secured Claims | Diameter Master Fund LP KY0M004B52 | $18,157,039.93 | ACCEPT | Duplicate ballot |