# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CLOVER TECHNOLOGIES GROUP, LLC, *et al.*,[1] | ) Case No. 19-12680 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JANUARY 22, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME)**[2]

<u>UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION</u>

1. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Maintain Existing Business Forms, and (III) Perform Intercompany Transactions [Docket No. 9; Filed 12/17/2019]

    Related Documents:

    A. Omnibus Notice of Second Day Hearing to be Held on January 22, 2020 at 10:00 a.m. [Docket No. 76; Filed 12/23/2019]

    B. Interim Order Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Maintain Existing Business Forms, and (III) Perform Intercompany Transactions [Docket No. 57; Filed 12/18/2019]

    C. Certificate of No Objection [Docket No. 112; Filed 1/16/2020]

    D. Proposed Order

    Status:   This matter is going forward.

2. Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Pursuant

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Clover Technologies Group, LLC (9236); 4L Holdings Corporation (0292); 4L Technologies Inc. (5035); Clover Ithaca Properties, LLC (9236); Refurb Holdings, LLC (1230); Clover Wireless, LLC (0313); and Valu Tech Outsourcing, LLC (3563).  The location of the Debtors' service address in these chapter 11 cases is: 5850 Granite Parkway, Suite 720, Plano, Texas 75024.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

to 11 U.S.C. §§ 327(a) and 328(a), *Nunc Pro Tunc* to the Petition Date and (II) Waiving Certain Time-Keeping Requirements [Docket No. 82; Filed 12/30/2019]

Related Documents:

    A.    Certificate of No Objection [Docket No. 111; Filed 1/16/2020]

    B.    Proposed Order

Status:    This matter is going forward.

3. Debtors' Application for Appointment of Stretto as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 83; Filed 12/30/2019]

Related Documents:

    A.    Certificate of No Objection [Docket No. 110; Filed 1/16/2020]

    B.    Proposed Order

Status:    This matter is going forward.

4. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 84; Filed 12/30/2019]

Related Documents:

    A.    Certificate of No Objection [Docket No. 101; Filed 1/16/2020]

    B.    Proposed Order

Status:    This matter is going forward.

5. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 85; Filed 12/30/2019]

Related Documents:

    A.    Certificate of No Objection [Docket No. 109; Filed 1/16/2020]

    B.    Proposed Order

Status:    This matter is going forward.

UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL

6. Debtors' Motion for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests [Docket No. 10; Filed 12/17/2019]

   Related Documents:

   A. Omnibus Notice of Second Day Hearing to be Held on January 22, 2020 at 10:00 a.m. [Docket No. 76; Filed 12/23/2019]

   B. Interim Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests [Docket No. 70; Filed 12/19/2019]

   C. Certification of Counsel Submitting Revised Final Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests [Docket No. 111; Filed 1/16/2020]

   D. Proposed Order

   Status: This matter is going forward.

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and (II) Honor Certain Prepetition Obligations Related Thereto [Docket No. 11; Filed 12/17/2019]

   Related Documents:

   A. Omnibus Notice of Second Day Hearing to be Held on January 22, 2020 at 10:00 a.m. [Docket No. 76; Filed 12/23/2019]

   B. Interim Order Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto [Docket No. 63; Filed 12/19/2019]

   C. Certification of Counsel Submitting Revised Final Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and (II) Honor Certain Prepetition Obligations Related Thereto [Docket No. 104; Filed 1/16/2020]

        D.        Proposed Order

    Status:        This matter is going forward.

8. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (II) Continue Employee Benefits Programs [Docket No. 13; Filed 12/17/2019]

   Related Documents:

   A. Omnibus Notice of Second Day Hearing to be Held on January 22, 2020 at 10:00 a.m. [Docket No. 76; Filed 12/23/2019]

   B. Interim Order Authorizing the Debtors to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (II) Continue Employee Benefits Programs [Docket No. 65; Filed 12/19/2019]

   C. Certification of Counsel Submitting Revised Final Order Authorizing the Debtors to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (II) Continue Employee Benefits Programs [Docket No. 103; Filed 1/16/2020]

   D. Proposed Order

   Status: This matter is going forward.

9. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay Their Obligations Under Prepetition Insurance Policies, (II) Continue to Pay Certain Brokerage Fees, (III) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (IV) Enter into New Financing Agreements in the Ordinary Course of Business [Docket No. 14; Filed 12/17/2019]

   Related Documents:

   A. Omnibus Notice of Second Day Hearing to be Held on January 22, 2020 at 10:00 a.m. [Docket No. 76; Filed 12/23/2019]

   B. Interim Order Authorizing the Debtors to (I) Pay Their Obligations Under Prepetition Insurance Policies, (II) Continue to Pay Certain Brokerage Fees, (III) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (IV) Enter into New Financing Agreements in the Ordinary Course of Business [Docket No. 66; Filed 12/19/2019]

      C.      Certification of Counsel Submitting Revised Final Order Authorizing the Debtors to (I) Pay Their Obligations Under Prepetition Insurance Policies, (II) Continue to Pay Certain Brokerage Fees, (III) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (IV) Enter into New Financing Agreements in the Ordinary Course of Business [Docket No. 105; Filed 1/16/2020]

      D.      Proposed Order

Status:      This matter is going forward.

10. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Payment of Certain Prepetition Taxes and Fees [Docket No. 15; Filed 12/17/2019]

Related Documents:

      A.      Omnibus Notice of Second Day Hearing to be Held on January 22, 2020 at 10:00 a.m. [Docket No. 76; Filed 12/23/2019]

      B.      Interim Order Authorizing the Payment of Certain Prepetition Taxes and Fees [Docket No. 67; Filed 12/19/2019]

      C.      Certification of Counsel Submitting Revised Final Order Authorizing the Payment of Certain Prepetition Taxes and Fees [Docket No. 107; Filed 1/16/2020]

      D.      Proposed Order

Status:      This matter is going forward.

11. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and (II) Declarations of Worthlessness with Respect to Common Stock [Docket No. 16; Filed 12/17/2019]

Related Documents:

      A.      Omnibus Notice of Second Day Hearing to be Held on January 22, 2020 at 10:00 a.m. [Docket No. 76; Filed 12/23/2019]

      B.      Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and (II) Declarations of Worthlessness with Respect to Common Stock [Docket No. 69; Filed 12/19/2019]

      C.      Certification of Counsel Submitting Revised Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and (II)

                Declarations of Worthlessness with Respect to Common Stock [Docket No. 106; Filed 1/16/2020]

        D.      Proposed Order

Status:      This matter is going forward.

12.    Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Restructuring Advisor to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 81; Filed 12/30/2019]

    Related Documents:

        A.      Certification of Counsel Submitting Revised Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Restructuring Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328(a) Of The Bankruptcy Code, Effective *Nunc Pro Tunc* to the Petition Date

        B.      Proposed Order

Status:      This matter is going forward.

UNCONTESTED MATTERS

13.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing [Docket No. 8; Filed 12/17/2019]

    Related Documents:

        A.      Omnibus Notice of Second Day Hearing to be Held on January 22, 2020 at 10:00 a.m. [Docket No. 76; Filed 12/23/2019]

        B.      Interim Order (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing [Docket No. 58; Filed 12/18/2019]

        C.      Notice of Filing of Proposed Final Order (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing [Docket No. 120; Filed 1/17/2020]

    Response Deadline:    January 15, 2020 at 4:00 p.m.

Responses Received: None

Status: This matter is going forward.

14. First Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Clover Technologies Group, LLC and Its Debtor Affiliates [Docket No. 121; Filed 1/17/2020]

Related Documents: Related Documents:

    A. Joint Prepackaged Chapter 11 Plan of Reorganization of Clover Technologies Group, LLC and Its Debtor Affiliates [Docket No. 4; Filed 12/17/2019]

    B. Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Clover Technologies Group, LLC and Its Debtor Affiliates [Docket No. 5; Filed 12/17/2019]

    C. Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving the Solicitation Procedures and Dates, Deadlines, and Notices Related Thereto, (III) Directing That a Meeting of Creditors Not be Convened, and (IV) Waiving the Requirements to File Statements of Financial Affairs and Schedules of Assets and Liabilities [Docket No. 62; Filed 12/19/2019]

    D. Notice of Filing of Plan Supplement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Clover Technologies Group, LLC and Its Debtor Affiliates [Docket No. 92; Filed 1/8/2020]

    E. Notice of Filing of First Amended Plan Supplement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Clover Technologies Group, LLC and Its Debtor Affiliates [Docket No. 97; Filed 1/14/2020]

    F. Declaration of Angela Tsai on behalf of Stretto Regarding Solicitation of Votes and Tabulation of Ballots Accepting and Rejecting Proposed Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 114; Filed 1/17/2020]

    G. Declaration of Richard Morgner in Support of Confirmation of the Joint Prepackaged Chapter 11 Plan of Reorganization of Clover Technologies Group, LLC and its Debtor Affiliates [Docket No.115; Filed 1/17/2020]

    H. Declaration of Marc Liebman in Support of Confirmation of the Joint Prepackaged Chapter 11 Plan of Reorganization of Clover Technologies Group, LLC and its Debtor Affiliates [Docket No. 116; Filed 1/17/2020]

  I. Debtors' Memorandum of Law in Support of an Order Approving the Debtors' Disclosure Statement for and Confirming, the First Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Clover Technologies Group, LLC and its Debtor Affiliates [Docket No. 117; Filed 1/17/2020]

  J. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement for, and Confirming, the Joint Prepackaged Chapter 11 Plan of Reorganization of Clover Technologies Group, LLC and Its Debtor Affiliates [Docket No. 119; Filed 1/17/2020]

Response Deadline: January 15, 2020 at 4:00 p.m.

Responses Received: None

Status: This matter is going forward.

CONTESTED MATTERS

15. Debtors' Motion Seeking Entry of Interim and Final Orders Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (III) Redact Certain Personal Identification Information for the Debtors' Employees and European Union Member Countries' Citizens, and (IV) Limiting Notice Required Under Bankruptcy Rule 2002 [Docket No. 17; Filed 12/17/2019]

  Related Documents:

    A. Omnibus Notice of Second Day Hearing to be Held on January 22, 2020 at 10:00 a.m. [Docket No. 76; Filed 12/23/2019]

    B. Interim Order Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (III) Redact Certain Personal Identification Information for the Debtors' Employees and European Union Member Countries' Citizens, and (IV) Limiting Notice Required Under Bankruptcy Rule 2002 [Docket No. 68; Filed 12/19/2019]

    C. Debtors' Reply in Support of the Debtors' Motion Seeking Entry of Interim and Final Orders Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (III) Redact Certain Personal Identification Information for the Debtors' Employees and European Union Member Countries' Citizens, and

        (IV) Limiting Notice Required Under Bankruptcy Rule 2002 [Docket No. 113; Filed 1/17/2020]

Response Deadline:    January 15, 2020 at 4:00 p.m.

Responses Received:

    A.    United States Trustees Objection to the Debtors' Motion Seeking Entry of Final Order Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors Thirty Largest Unsecured Creditors, (III) Redact Certain Personal Identification Information for the Debtors Employees and European Union Member Countries Citizens and (IV) Limiting Notice Required Under Bankruptcy Rule 2002 [Docket No. 98; Filed 1/15/2020]

Status:    This matter is going forward.

[Remainder of page intentionally left blank]

| | |
|---|---|
| Dated:  January 17, 2020<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:  (302) 426-1189<br>Facsimile:  (302) 426-9193<br>Email:  dpacitti@klehr.com<br>  myurkewicz@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:  (215) 569-3007<br>Facsimile:  (215) 568-6603<br>Email:  mbranzburg@klehr.com<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  joshua.sussberg@kirkland.com<br>  matthew.fagen@kirkland.com<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession* |